UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-61198-CIV-ALTONAGA/O'Sullivan

**SHANE FLAUM**,

        Plaintiff,

v.

**DOCTOR'S ASSOCIATES, INC.**,

    Defendant.
_____/

**NOTICE OF STRIKING DOCKET ENTRY 11**

    Pursuant to the Clerk's Notice, DE 12, Defendant Doctor's Associates, Inc. ("DAI") hereby gives notice of striking Docket Entry 11 that was inadvertently filed as a Notice. DAI will be refiling the document as a Corporate Disclosure Statement.

July 7, 2016                               Respectfully submitted,

                                                      /s/ John R. Hargrove
                                                      John R. Hargrove, Florida Bar No. 0173745
                                                      jrh@hargrovelawgroup.com
                                                      Hargrove Law Group
                                                      21 SE 5th Street, Suite 200
                                                      Boca Raton, FL 33432
                                                      Tel. (561) 300-3900
                                                      Fax (561) 300-3890

                                                      Peter Breslauer
                                                      Montgomery McCracken
                                                        Walker & Rhoads LLP
                                                      123 S. Broad St., 24th Fl.
                                                      Philadelphia, PA 19109-1029
                                                      Tel. (215) 772-1500
                                                      Fax: (215) 772-7620

                                                      Attorneys for Defendant Doctor's Associates, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John R. Hargrove