UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-61198-CIV-ALTONAGA/O'Sullivan

SHANE FLAUM,

        Plaintiff,

v.

DOCTOR'S ASSOCIATES, INC.,

    Defendant.
_____/

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF
INTERESTED PARTIES OF DEFENDANT DOCTOR'S ASSOCIATES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Doctor's Associates Inc. ("DAI") states that Subway IP, Inc. ("SIP") owns 100% of DAI. Neither DAI nor SIP is publicly traded, and no publicly traded company holds more than 10% of DAI's stock.

Pursuant to the Court's Order of June 10, 2016 (ECF 6), DAI identifies the following persons, associated persons, firms, partnerships, or corporations, including subsidiaries, conglomerates, affiliates, parent corporations, or other identifiable legal entities related to a party, that have or may have a financial interest in the outcome of this case:

    Shane Flaum, Plaintiff

    Scott D. Owens and Scott D. Owens, P.A., attorneys for Plaintiff Shane Flaum

    Bret L. Lusskin, Jr. and Bret Lusskin, P.A., attorneys for Plaintiff Shane Flaum

    Doctor's Associates, Inc., Defendant

Franchise World Headquarters, LLC, which provides certain services to Doctor's Associates, Inc.

Subway IP, Inc., parent corporation of Doctor's Associates, Inc.

John R. Hargrove and Hargrove Law Group, attorneys for Defendant Doctor's Associates, Inc.

Peter Breslauer and Montgomery McCracken Walker & Rhoads LLP, attorneys for Defendant Doctor's Associates, Inc.

July 7, 2016                              Respectfully submitted,

/s/ John R. Hargrove
John R. Hargrove
Florida Bar No. 0173745
jrh@hargrovelawgroup.com
Hargrove Law Group
21 SE 5th Street, Suite 200
Boca Raton, FL 33432
Tel. (561) 300-3900
Fax (561) 300-3890

Peter Breslauer
Montgomery McCracken
  Walker & Rhoads LLP
123 S. Broad St., 24th Fl.
Philadelphia, PA 19109-1029
Tel.  (215) 772-1500
Fax: (215) 772-7620

Attorneys for Defendant
Doctor's Associates, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John R. Hargrove