UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-61198-CIV-ALTONAGA/O'Sullivan

_____

**SHANE FLAUM**,

                Plaintiff,

v.

**DOCTOR'S ASSOCIATES, INC.**,

                Defendant.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

      Defendant, Doctor's Associates, Inc., respectfully notifies the Court of the following supplemental authority in support of its Motion to Dismiss Plaintiff's Class Action Complaint (ECF 15):  *Noble v. Nevada Checker Cab Corp.*, No. 2:15-cv-02322-RCJ-VCF (D. Nev. Aug. 18, 2016) (order granting motion to dismiss complaint for willful violation of FACTA on grounds, *inter alia*, that "Plaintiffs have no standing to complain of the putative technical violations of the statute alleged here, because the putative violations created no 'concrete' harm of the type sought to be prevented by Congress, and Plaintiffs have not separately alleged any actual harm, *i.e.*, they have not alleged any resulting credit card fraud."  Slip. op. at 6 (citing *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540, 1549-50 (2016)).

      A copy of the order in *Noble* is attached hereto as Exhibit A.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 19, 2016 | /s/ *John R. Hargrove* |
|  | John R. Hargrove |
|  | HARGROVE LAW GROUP |
|  | 433 Plaza Real, Suite 275 |
|  | Boca Raton, FL   33432 |
|  | Telephone: (561) 962-4191 |
|  | Email: jrh@hargrovelawgroup.com |
|  |  |
|  | Peter Breslauer |
|  | MONTGOMERY MCCRACKEN |
|  |    WALKER & RHOADS, LLP |
|  | 123 South Broad Street |
|  | Philadelphia, PA   19109 |
|  | Telephone: (215) 772-7271 |
|  | Email: pbreslauer@mmwr.com |
|  |  |
|  | ATTORNEYS FOR DEFENDANT |
|  | DOCTOR'S ASSOCIATES, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John R. Hargrove