**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SHANE FLAUM, individually and, | ) |
| on behalf of others similarly situated, | ) |
| | ) |
|    Plaintiff, | )   **Case No: 0:16-cv-61198-CMA** |
| | ) |
| v. | )   **CLASS ACTION** |
| | ) |
| DOCTOR'S ASSOCIATES, INC. | ) |
| a Florida Corporation, doing business as | ) |
| SUBWAY, | ) |
| | ) |
|    Defendant. | ) |
| _____/ | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff, Shane Flaum, in support of his Memorandum in Opposition to Defendant's Motion for Certification Pursuant to 28 U.S.C. §1292(b), [ECF No. 33], hereby notifies the Court of the attached supplemental authority: *Altman v. White House Black Mkt., Inc.,* 1:15-CV-2451-SCJ, (N.D. Ga. 2016) (Order Denying Defendant White House Black Market, Inc.'s Motion to Certify an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b)). A copy is attached hereto as Exhibit A.

Dated: October 13, 2016,

Respectfully submitted,

By: /s/ Scott D. Owens
Scott D. Owens, Esq.
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Telephone: (954) 589-0588

1

Facsimile: (954) 337-0666
scott@scottdowens.com

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on October 13, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: <u>/s/ Scott D. Owens</u>
     Scott D. Owens, Esq.