UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-61198-CIV-ALTONAGA/O'Sullivan

SHANE FLAUM,

            Plaintiff,

v.

DOCTOR'S ASSOCIATES, INC.,

            Defendant.

_____/

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTION

Comes now Defendant Doctor's Associates, Inc. ("DAI"), pursuant to Local Rule 3.8, and respectfully files this Notice of a similar case, *Alan v. Doctor's Associates, Inc.*, No. 2:16-cv-04945-AB-RAO (C.D. Cal.) ("*Alan*"), which was filed in the United States District Court for the Central District of California on July 6, 2016.  *Alan* raises substantially the same FACTA claims against DAI as those pending in the instant action, and similarly seeks certification of a nationwide class.

The parties in *Alan* previously stipulated to a transfer of venue. The stipulation and order requested transfer of the case to Your Honor by name, rather than to the Southern District of Florida, and thus the Court denied the transfer (D.E. 15; Case No. 16-cv-62300-CMA (S.D. Fla.)).  On November 1, 2016, the parties in *Alan* filed a second stipulation in the Central District of California to transfer *Alan*, in which they requested transfer to this Court, not to Your Honor as they previously did.

Dated: November 2, 2016                         /s/ John R. Hargrove
                                                           John R. Hargrove
HARGROVE LAW GROUP
433 Plaza Real, Suite 275
Boca Raton, FL 33432
Telephone: (561) 962-4191
Email: jrh@hargrovelawgroup.com

Peter Breslauer
MONTGOMERY MCCRACKEN
   WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109
Telephone: (215) 772-7271
Email: pbreslauer@mmwr.com

ATTORNEYS FOR DEFENDANT
DOCTOR'S ASSOCIATES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                             /s/ John R. Hargrove