# Exhibit D

**RICHARD A. PETERS, CISSP, CISA, OSA on 01/13/2017**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


SHANE FLAUM                    §
    Plaintiff               §
                     §
        V.                   §   CASE NUMBER
                     §   16-61198-CIV-ALTONAGA/
                     §   O'Sullivan
                     §
DOCTOR'S ASSOCIATES, INC. §
    Defendant               §



ORAL DEPOSITION

OF

RICHARD A. PETERS, CISSP, CISA, OSA

JANUARY 13, 2017

VOLUME 1 OF 1


      Oral deposition of Richard A. Peters, CISSP,
CISA, OSA, produced as a witness at the instance of the
plaintiff, and duly sworn, was taken in the above-styled
and numbered cause on the 13th day of January, 2017, from
9:04 a.m. to 12:34 p.m., before Camille A. Bruess, CSR,
RPR, in and for the State of Texas, reported by steno-
graphic method, at the law firm of Fish & Richardson,
P.C. located at LyondellBasell Tower, 1221 McKinney
Street, 28th Floor, Houston, Harris County, Texas 77010,
pursuant to notice and in accordance with the Federal
Rules of Civil Procedure and the provisions stated on the
record or attached hereto.

**RICHARD A. PETERS, CISSP, CISA, OSA on 01/13/2017**

**Page 10**
1 like permission to hack?
2   A.  I'd say I have the greatest job in the world.
3 I absolutely love what I do.  So, I live and breathe
4 security.
5   Q.  All right.  How long have you been -- excuse me,
6 strike that.
7       How long have you been employed as the
8 director in the technology advisory practice at BRG?
9   A.  About two and a half years.
10   Q.  Did you work for BRG before you were a director
11 of TAP?
12   A.  No.  So, I started with BRG as a director role.
13   Q.  Okay.  What did you do before BRG?
14   A.  Prior to BRG, I worked for a firm called UHY
15 Advisors, which is a professional service firm,
16 essentially doing the same type of work, ran our
17 information security program, PCI assessment, compliance,
18 very similar type activities just under a different firm.
19   Q.  And that was UHY Advisors out of Houston as
20 well?
21   A.  Yes.
22   Q.  And that was from 2009 to 2014?
23   A.  Yes.
24   Q.  Okay.  What about before that?
25   A.  Part of that, it was another professional

**Page 11**
1 service firm called Jefferson Wells that we would call
2 JW, and essentially again the same types of roles, a lot
3 of information security projects, assessments, and I
4 believe that was probably the first time I started PCI
5 assessments.
6   Q.  Okay.  What is your highest level of education?
7   A.  A BBA in Finance from the University of Texas,
8 received that in 1996, and then a tremendous amount of
9 continuing education, trainings, conferences, self study.
10   Q.  I'm sorry, what was the year you got your BBA?
11   A.  1996.
12   Q.  Thank you.  When you studied at University of
13 Texas did you take any classes in, excuse me, information
14 security, anything like that?
15   A.  None in information security.  I think there may
16 have been some information management programming, but
17 within the finance degree program, security was not part
18 of the curriculum.  I don't know that if even there was
19 curriculum for information security in that time frame.
20   Q.  Have you authored any publications?
21   A.  I've not authored any, just been cited in
22 articles and newspapers.
23   Q.  And when you say cited, was it they asked you
24 for quotations or does it mean something else?
25   A.  For quotations they would ask me my opinion on

**Page 12**
1 certain topics and I would respond back and then they
2 would use those as context within their articles.
3   Q.  Okay.  So, you haven't written any papers.
4   A.  None that I'm -- that I can recall, no.
5   Q.  Books?
6   A.  No, no books.
7   Q.  So, it's safe to say when I use the word
8 publication, you know generally what I mean and then
9 there's none that I should go look for.
10   A.  Correct.
11   Q.  Thank you.  Do you have any licenses or
12 professional certifications associated or -- that relates
13 to the kind of work you do in information security?
14   A.  I do.  I have several.  There's really three
15 that I put the acronyms behind my name that I care about
16 and are most proud about.  That's CISSP, a Certified
17 Information System Security Professional, C-I-S-A, CISA,
18 Certified Information System Auditor, and a QSA
19 designation, which is Qualified Security Assessor, and
20 that's specific to PCI DSS, the Payment Card Industry.
21   Q.  Okay.  And I know you've just listed these for
22 me, but CISSP, Certified Information Security ...
23   A.  Certified Information System Security
24 Professional.  It's published by a group called
25 ISC-Squared.  I think it's ISC2.org is their website.

**Page 13**
1   Q.  ISC-Squared.  And CISA, a certified ...
2   A.  Information System Auditor.  That's sponsored by
3 ISACA.  It may be a stretch to remember that, Information
4 Security Auditing.  I probably can't remember the rest of
5 that acronym, but it's ISACA.org.  I-S-A-C-A dot o-r-g,
6 their website.
7   Q.  So, I probably should have said it earlier that
8 we have to be careful to try to speak slowly so that she
9 can take everything down and also to try not to talk over
10 each other 'cause otherwise it makes for an ugly record.
11   A.  Thank you.
12   Q.  But that's probably more my fault than yours.
13 So ...
14   A.  No problem.
15   Q.  And then the last one you mentioned was QSA?
16   A.  QSA is Qualified Security Assessor and that is a
17 special designation created by the PCI Council, Payment
18 Card Industry.
19   Q.  Yes.
20   A.  And that is specific to compliance around PCI
21 DSS assessments.
22   Q.  Okay.  So, if it's okay with you, I'm just going
23 to kind of try to briefly go over each of these.
24 Actually, before we do that, you said those were the
25 three that you're most proud of that you put behind your

**RICHARD A. PETERS, CISSP, CISA, OSA on 01/13/2017**

Page 14

1 name, correct?

2     A.  Correct.

3     Q.  Are those -- those are certifications?

4     A.  They are certifications.  They all require at

5 least 120 continuing professional education hours each

6 year to hold.  Those are the ones that I feel like I

7 worked the hardest for, that I spent the most time

8 preparing, and generally I believe held out in the

9 marketplace as very significant designations for a

10 security professional.

11     Q.  Do you have any professional licenses as

12 distinguished from certifications that are put forth by

13 these organizations you mentioned?

14     A.  No.

15     Q.  And these certifications that you mentioned,

16 QSA, CISA, and CISSP, those are reflected in the

17 curriculum vitae that you provided with your report,

18 correct?

19     A.  Yes.

20     Q.  Including a number of others, correct?

21     A.  A number of, sorry, a number of others that I

22 have received over the years.  MCSE.  I don't even know

23 if that's still a designation.

24     Q.  It is.

25     A.  Okay.

Page 15

1     Q.  But continue.

2     A.  So, those I've gathered over the years.  I

3 haven't kept up with those so to speak.  So, I do have a

4 lot of other certifications that I've gathered over the

5 years.  These are the -- what I would consider the core

6 three that I keep up with that I enter my CPE hours for

7 every year and put a lot of effort into maintaining

8 these.

9     Q.  What is CPE?

10     A.  Continuing professional education.

11     Q.  Which of these certifications would you say are

12 relevant to the report that you prepared in this case?

13     A.  I would say all three are very relevant.  The

14 QSA is the easiest.  It's a direct reflection of PCI, the

15 Payment Card Industry, their standards to follow.  The

16 CISA and CISSP are security designations.  So, when I

17 speak about what bad guys are doing, what's going on in

18 the world of information security, that background is

19 where security would -- would lie.

20     Q.  Okay.  For -- I'll try to go over these, try to

21 get through these quickly.  Are there any tests or

22 specialized training that you need to take or engage in

23 for any of these three certifications?

24     A.  All three require an exam to gather the

25 credential.  You can self study for them; however, there

Page 16

1 are many courses and boot camps that you can take.

2 I -- for the CISSP, I did do a boot camp and then a

3 tremendous amount of self study for that one.  I worked

4 very, very hard to get that.  The CISA also has an exam.

5 I can't remember the number of questions, but it was a

6 lot of questions, maybe 400, 600 questions to go through.

7 That one was all self study as well.  And PCI does

8 require also an exam as well as requalification exam

9 every year and that one requires a course to take.  The

10 PCI Council is who delivers that training, requires

11 passing exams as well as going through the course, and

12 then every year there's annual revalidation training and

13 an exam that you go through to maintain that

14 certification.

15     Q.  Do any of -- does CISSP or CISA require any kind

16 of requalification exam or have any kind of continuing

17 requirements in order to maintain those certifications?

18     A.  There are no requalification exams; however, you

19 do have to do the continuing professional education hours

20 every year submitted to them to maintain your

21 certification as well as pay the annual maintenance dues

22 associated with those.

23     Q.  Okay.  When were you first issued the CISSP

24 certificate?

25     A.  I believe 2005.

Page 17

1     Q.  And what about CISA?

2     A.  I'll have to refer to my own CV to recall.  CISA

3 was 2008.

4     Q.  Okay.  And the QSA?

5     A.  Two thousand seven, which was almost right after

6 the QSA designation was created.  I believe 2006 was when

7 that started.

8     Q.  So -- and you have to renew these on an annual

9 basis?

10     A.  You do, yes.

11     Q.  Have you ever in connection with any of these

12 three certifications been the subject of any kind of

13 disciplinary action?

14     A.  No, for none of them.

15     Q.  Never had them revoked or anything like that?

16     A.  No.

17     Q.  Would the same be true for all of your

18 certifications?

19     A.  Correct.

20         MR. LUSSKIN:  Okay.  I'd like to have this

21 one marked as Plaintiff's 2 if you don't mind.

22         (Plaintiff's Exhibit No. 2 was marked.)

23     Q.  Mr. Peters, I know you mentioned earlier that

24 you brought a copy of this, but just for uniformity, I've

25 handed you a document that's been marked as Plaintiff's

**RICHARD A. PETERS, CISSP, CISA, OSA on 01/13/2017**

Page 38

1    A.  Yes.

2    Q.  And I'm -- when I say just in general, I'm

3  saying without reference to Mr. Coker's report, that

4  sentence you would say stands alone?  Fair?

5    A.  Yes.

6    Q.  Okay.  Why do you believe criminals are not

7  interested in one-off opportunities to acquire credit

8  card information?

9    A.  So, as part of being a -- what I would consider

10 a good information security professional, we follow and

11 monitor and really need to know what the bad guys or

12 criminals are up to.  So, as part of that, we do go to

13 what we call the dark net, underground, black market,

14 lots of different terms for that, but we actually get on

15 those sites that these criminals lurk on and follow and

16 look at what they do.  So, that is all kinds of bad

17 things from, you know, credit card data dumps to malware

18 to drugs to all kinds of things.  So, we lurk in these

19 forums and keep an eye on what -- what bad guys are

20 doing.

21          So, through this, we -- we kind of know

22 their tactics, what they're doing.  We feel like we get a

23 jump on maybe knowing when a breach has occurred and just

24 in general how that criminals operate.  So, through that

25 experience through everything we read every day, I'm

Page 39

1  passionate about security.  So, you know, every day I'm

2  referring to many, many different information security

3  feeds.  So, through all of those functions, we find that

4  criminals -- it's too easy to gather this data in other

5  ways.

6          Credit card data is available in bulk.  It's

7  very cheap.  It's easy to purchase those things.  When

8  you're talking about specific credit card data, it's too

9  easy to copy the magstripe data that's on there.  You

10 gather a bunch of those and you sell that as bulk to some

11 bad guy.  So, through all those things, that's where my

12 conclusion comes from.

13   Q.  You used the word breach.  Can you just briefly

14 define that?

15   A.  So, in my terms a breach would be some

16 organization has been hacked, compromised in some way

17 that they lose sensitive data.

18   Q.  Okay.  Well, let me ask you this.  Isn't it true

19 that credit card fraud as it's typically committed, just

20 an ordinary case of credit card fraud, is most often

21 committed by a friend or family member or acquaintance of

22 the victim?

23   A.  I'm not sure of that.  In my world it's -- it's

24 bought and sold and usually you have no idea who those

25 victims are.  It's just a big batch of numbers and names

Page 40

1  that you cash out.

2    Q.  Okay.  Does -- have you ever heard of it

3  happening where a friend or family member or acquaintance

4  of the victim is the one who actually perpetrates the

5  credit card fraud?

6    A.  Yes.

7    Q.  So, it's fair to say that it happens.

8    A.  Yes.

9    Q.  Whether or not it's most of the time or not, and

10 I'm not going to push you on it, but it happens

11 sometimes.

12   A.  Yes.

13   Q.  Okay.  So, going back to paragraph 20 here, the

14 next sentence after the one I just read, I'm going to

15 read.  "Rather, criminals tend to acquire credit card

16 information in bulk, as even articles cited by Coker

17 discuss."  I read that correctly?

18   A.  Yes.

19   Q.  And you use the word tend.  "... criminals tend

20 to acquire credit card information in bulk ..."  What

21 does that mean, tend to?

22   A.  Most -- well, so there are no absolutes.  So,

23 tend to means most often, more often than not, almost

24 always.

25   Q.  Okay.  So, sometimes is it fair to say that the

Page 41

1  information is acquired through some other means rather

2  than being sold in bulk on the Internet.

3    A.  Yes.

4    Q.  I'm not going to hold you to how often.  I just

5  want to establish that sometimes it happens.

6    A.  It does sometimes happen, yes.

7    Q.  So, not to beat this to death, but sometimes

8  sensitive credit card information is obtained by what

9  we'll call a criminal by means other than bulk purchase

10 and sale of that credit card information, right?

11   A.  Yes.

12   Q.  I understand that what we were talking about

13 earlier and perhaps the first sentence of paragraph 20

14 you used the word criminal, but in that context, we're

15 talking about a specific kind of criminal.  Is that fair?

16   A.  Sure.  I lump criminals probably as just general

17 bad guys.

18   Q.  But would you agree with me that a person who

19 commits credit card fraud, but doesn't do that by

20 purchasing the information in bulk is still generally a

21 criminal in America, right?

22   A.  Yes.

23   Q.  Thank you.  Let's move on.  What minimum

24 information does a person need in order to complete a

25 credit card or debit card transaction say over the phone?