UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61198-CIV-ALTONAGA/O'Sullivan

SHANE FLAUM, *et al.*,

    Plaintiffs,

v.

DOCTOR'S ASSOCIATES, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiffs, Shane Flaum and Jason Alan's Unopposed Motion to Amend Order [ECF No. 87], filed June 2, 2017. Plaintiffs request the Court amend its Order Granting Preliminary Approval of Settlement [ECF No. 83] to change certain deadlines for issuing class notice and submitting claims and objections. (*See generally* Mot.).

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 87]** is **GRANTED**.

The deadlines in the Order Granting Preliminary Approval of Settlement [ECF No. 83] are changed to the following:

| | |
|---|---|
| **August 28, 2017** | Deadline for notice of the Settlement to be sent to the Settlement Class Members (Notice Deadline) |
| **October 6, 2017** | Plaintiffs to file attorney fee petition |
| **October 27, 2017** | Deadline for Settlement Class Members to request exclusion or file objections (Opt-Out and Objection Deadline) |

CASE NO. 16-61198-CIV-ALTONAGA/O'Sullivan

| | |
|---|---|
| **October 27, 2017** | Deadline for Settlement Class Members to submit a Settlement Claim Form or Publication Notice Claim Form (Claim Deadline) |
| **November 17, 2017** | Deadline for Parties to file the following:<br>(1) List of persons who made timely and proper Requests for Exclusion (under seal);<br>(2) Proof of Class Notice; and<br>(3) Motion and memorandum in support of final approval, including responses to any objections. |
| **December 13, 2017 at 9:00 a.m.** | Final Approval Hearing |

**DONE AND ORDERED** in Miami, Florida this 5th day of June, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2