UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61198-CIV-ALTONAGA/O'Sullivan

SHANE FLAUM, *et al.*,

    Plaintiffs,

v.

DOCTOR'S ASSOCIATES, INC.,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court at an April 6, 2018 hearing [ECF No. 142]. For the reasons stated in open court, it is hereby

**ORDERED AND ADJUDGED** that the case is **STAYED** pending the Eleventh Circuit's decision in *Muransky v. Godiva Chocolatier, Inc.*, Case No. 16-16486 (11th Cir. 2018). The parties shall file a status report by **June 8, 2018**.

**DONE AND ORDERED** in Miami, Florida, this 6th day of April, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record