## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-61198-CIV-ALTONAGA/O'Sullivan

SHANE FLAUM, on behalf of himself
and all those similarly situated,

     Plaintiff,

v.

DOCTOR'S ASSOCIATES, INC.,
a Florida corporation, doing business as
SUBWAY,

     Defendant.
_____/

## STATUS REPORT

Pursuant to the Court's Order of April 6, 2018, instructing the parties to file a status report by June 8, 2018, the parties state that the status of *Muransky v. Godiva Chocolatier, Inc.*, Case No. 16-16486 (11th Cir. 2018), remains unchanged. *Muransky* remains fully briefed, and was argued on January 12, 2018.

                              Respectfully submitted,

                              *s/ Scott D. Owens*
                              Scott D. Owens, Esq.
                              SCOTT D. OWENS, P.A.
                              3800 S, Ocean Dr., Ste. 235
                              Hollywood, FL 33019
                              Tel: 954-589-0588
                              Fax: 954-337-0666
                              scott@scottdowens.com

                              ATTORNEY FOR PLAINTIFF

        s/ John R. Hargrove, Esq.
        HARGROVE LAW GROUP
        433 Plaza Real, Suite 275
        Boca Raton, FL   33432
        Tel: (561) 962-4191
        jrh@hargrovelawgroup.com

        Peter Breslauer, Esq.
        MONTGOMERY MCCRACKEN
        WALKER & RHOADS LLP
        1735 Market St., Fl. 21
        Philadelphia, PA 19103
        Tel: 215-772-7271
        Fax: 215-731-3733
        pbreslauer@mmwr.com

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2018, I electronically field the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

        By: _s/ Scott D. Owens_
            Scott D. Owens, Esq.