

**subway money grab**
1 message

Ed Maybury <eamaybury@gmail.com>

FILED BY _____ SN ___ D.C.
JAN 0 8 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Fri, Dec 28, 2018 at 11:23 PM

Re: Flaum v. Doctor's Associates, Inc. n/k/a Doctor's Associates LLC, Case No. 0:16-cv-61198-CMA (S.D. Fla.).

To: The Honorable Cecilia M. Altona

28 Dec 2018

1. Your Honor: I am a citizen who buys food at Subway and would like to do anything I can to prevent this money grab by plaintiff's attorneys from proceeding.

2. The proposed settlement of $50-$75 for each class member with estimated counsel fees of 10.3 million dollars plus expenses for the heinous crime of two months at selected stores of providing receipts with the expiration date of the card used in the transaction is so outlandish that it is hard to believe it is real. Do the lawyers believe they can make this request in front of a jury with a straight face?

3. The website for the class action suit sets up an extensive list of actions with specific dates that I must take to make my voice heard, including providing the dates and my credit card numbers to them. I am reluctant to share any personal information with these sharks. The bar is set very high with multiple opportunities for the plaintiff to make a technical objection to my voice objecting to this class action on "my" behalf by them. I object to the proposed settlement and I object to these lawyers pretending to represent my interest or any interest other than their own pockets. If it means I must remain a member of the settlement class in order to object to the plaintiff's attorneys from pretending to represent me, then so be it.

4. Below I have attempted to comply as best I can with the detailed requirements of the plaintiff attorneys. I am simply a citizen trying to have my voice heard and to do my part in stopping this insanity. Please, your Honor, help me accomplish that goal. Thank you, your Honor.

From the Plaintiff attorney website in my attempt to satisfy their requirements:

- (a) the case name and number;

Case No. 0:16-cv-61198-CMA (S.D. Fla.).

- (b) the name, address, and telephone number of the objecting Settlement Class Member and, if represented by counsel, of his or her counsel;

Edward A. Maybury

7938 Quimby Court

Viera, Florida  32940   (904) 703-9268

- (c) a description of the specific basis for each objection raised;
-
    1. I object to the excessive Plaintiff attorney fees requested.
    2. I object to the basis for the class action.
    3. I object to the validity of the claims made by the Plaintiff attorney representing me as a class member
    4. I object to the claim of actual or potential damages to myself or my fellow class members as purported by "my" attorneys
    5.
- (d) a statement of whether he or she intends to appear at the Final Approval Hearing, either with or without counsel;
-
- I would be happy to appear if the judge in charge  requests me to appear, not the lawyers pretending to say what the court wants.
-
- (e) any documentation in support of such objection;
-
- The documentation of the objections raised above in (c)  is in the collective sense of what is right and wrong, what is reasonable and what is clearly excessive.
-
- and
- (f) the date and location of the purchase for which the Settlement Class Member received a receipt with the card expiration date.
-
    1. I am reluctant to provide any information to "my" attorneys regarding specific credit card information because I don't trust them to maintain the integrity of the data.
    2. If the Judge requests the information, I will be happy to provide the information to the court directly.
    3. I remind "my" attorney that they initiated the contact with  me by mail regarding this class action, and a prudent person would assume that "my" attorney exercised due diligence prior to contacting me soliciting my joining of the class action suit.

Below from "My" Attorneys website:

"In addition, a Settlement Class Member who does not complete and submit a Claim Form or a Publication Claim Form must provide, to the Claims Administrator, the first six and last four digits of the credit or debit card used to make the purchase.

Any Settlement Class Member who fails to object to the Settlement in the manner described above shall be deemed to have waived any such objection, shall not be permitted to object to any terms or approval of the Settlement at the Final Approval Hearing, and shall be foreclosed from seeking any review of the Settlement or the terms of the Settlement Agreement by appeal or other means. "

I'm not sure of the authority of the website to exclude me from having my voice heard in this manner, but your Honor I am trying to comply with all of the requirements to allow my voice, as a member of the class "aggravated"  by Subway, to be heard.

Thank you, your Honor.

Very Respectfully,

Edward A. Maybury

Cc:

For Plaintiff:
Keith J. Keogh
Michael S. Hilicki
Keogh Law, Ltd.
55 West Monroe St., Ste. 3390
Chicago, IL 60603

For Defendant:
Peter Breslauer
Montgomery McCracken Walker & Rhoads LLP
1735 Market St., 21st Fl.
Philadelphia, PA 19103

The Honorable Judge Cecilia M. Altona

Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.



USMS INSPECTED

RECEIVED

The Honorable Judge Cecilia M. Altona
Case 0:16-CV-61198-CMA (S.D. Fla.)
Court for the Southern District of Florida
Wilkie D. Ferguson Jr. United States Courthouse
400 North Miami Ave.
Miami, FL 33128

