# Wanda Cochran
1385 Russell Drive
Streetsboro, Ohio 44241

FILED BY ___ D.C.
JAN 29 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Tel: 330-414-9322                                    Email: wandacochran7@gmail.com

Clerk, U.S. District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

Re:   Shane Flaum v. Doctor's Associates, Inc. n/k/a Doctor's Associates LLC
      Case No. 0:16-cv-61198-CMA
      Notice of Objection to Fee Motion

Dear Sir or Madam:

My husband and I are class members in the proposed settlement pertaining to the above class action. We have already submitted an online claim (No. 60018735401) regarding a Subway purchase made on Sept. 30, 2016 at 9380 State Route 43, Streetsboro, Ohio. We used Chase Visa Card No. ███████████████. We provided documentation with the claim. I'm sure we made other purchases by credit card during the class period.

I object to class counsel's fee request for one-third of the settlement fund. Applying all relevant factors, I believe 25% is more reasonable. I bring this objection on behalf of all class members. I am not presently represented by counsel. Neither do I plan on attending the fairness hearing.

Respectfully Submitted,

*Wanda J. Cochran* (signature)
Wanda J. Cochran

Wanda Cochran
1385 Russell Dr.
Streetsboro, OH 44241

SANTA BARBARA
CA 931
22 JAN '19
PM 2 L

U.S. POSTAGE
$2.89
FCM LG ENV
93036 0000
Date of sale
01/22/19
06  2SSK
11487730

Clerk, U.S. District Court
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Ave,
Miami, Fl 33128

REC'D BY _____ D.C.
JAN 29 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

33128-771699