

FILED BY _____ D.C.

JAN 2 9 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SHANE FLAUM, et al.,

                                                    Case No.: 16-cv-61198

          Plaintiffs,

v.

DOCTOR'S ASSOCIATES, INC., et al.

          Defendant.

### OBJECTION TO SETTLEMENT

I object to the Settlement in the above referenced action. The reasons I object to the Settlement are as follows:

1. I am a Settlement Class Member as described in the Notice of Settlement. I received a postcard notice identifying myself as a Settlement Class Member. I have made numerous purchases at Subway restaurants in Standish, Maine and also Bonita Springs and Naples, Florida between January 1, 2016 and March 23, 2017. I have also attempted to obtain the transactional data without success.

2. The transactional data impacting Settlement Class Members and the invasion of their privacy is in the exclusive possession of the Releasees.

3. The Settlement does not provide sufficient monetary relief or sufficient relief to remedy and ensure Defendant's current compliance with all applicable privacy laws.

4. The Settlement is procedurally unfair and violates Class Members rights to due process. The Settlement provides that if a Settlement Class Member files a valid objection to the Settlement but does not agree to participate in the Settlement by filing a Claim Form by January 22, 2019, he or she is precluded from ever recovering any amount from any Releasee, as defined in the Settlement Agreement. In addition, any such person filing an objection automatically releases any and all Released Claims under the terms of the

Agreement.   Since all of the transactional data is within the exclusive possession of Plaintiff's Counsel and Defendant and Releasee, Settlement Class Members do not have sufficient access to the information which injured them and invaded their privacy.  Without such information, Settlement Class Members cannot make necessary and fully informed decisions concerning the fairness and reasonableness of the Settlement and/or whether to exclude themselves from the Settlement.

5.  Settlement Class Members have not been able to obtain the transactional data within the possession of Releasee, which has also prevented them from making fully informed decisions about the fairness and reasonableness of the Settlement.

6.  The Settlement is substantively deficient and violates my and other class member's rights to due process.  It provides insufficient information concerning (a) whether the Settlement is fair and reasonable; (b) it requires all Class Members to submit a valid Claim Form no later than January 22, 2019 and such deadline is not reasonable given Settlement Class Members not having the available transactional data in order to submit a valid claim form.

7.  Plaintiffs' Counsel requests for one-third of the gross settlement is excessive and not supported by applicable law in this Circuit.  Plaintiff's Counsel have not provided sufficient support for their attorney fee request and any award should be reduced to twenty-five percent of the recovery with the remaining funds being paid to Settlement Class Members.

I do not plan on appearing at the Fairness Hearing.

I reserve the right to further supplement proof of membership in the Class as the Plaintiff's Counsel have identified the transactional data concerning at least some of my claims and that information is within their exclusive possession.

Respectfully Submitted,

Kenneth G. Gilman

Kenneth G. Gilman
6363 Highcroft Drive
Naples, Florida 34119
(239) 598-3531

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Objection has been served, this 22nd day of January, by regular U.S. mail service upon the following:

Keith J. Keogh
Michael S. Hilicki
Keogh Law, Ltd.
55 West Monroe Street, Suite 3390
Chicago, IL 60603

Kenneth G. Gilman

From: Gilman
16343 Highcroft
Naples, FL 34119

**USMS INSPECTED**



U.S. POSTAGE PAID
FCM LETTER
CLEVES, OH
45002
JAN 22 19
AMOUNT
**$0.50**
R2305K141473-10

1000    33128

JAN 2 5 2019

To: United States Courthouse
Attn: Clerk Office
400 North Miami Ave.
Miami, Florida 33128



**Ready Post.**

Document Mailer
331283180i C075