UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHANE FLAUM, *et al*,

    Plaintiffs,

v.                                            **CASE NO. 16-cv-61198-CMA**

DOCTOR'S ASSOCIATES, INC., n/k/a
Doctor's Associates, LLC, doing business as
SUBWAY,

    Defendant.
_____/

**NOTICE OF FILING OF
PAMELA SWEENEY'S OBJECTION WITHDRAWAL**

Plaintiff Flaum hereby gives notice that he is filing the attached "Withdrawal of Objection by Pamela Sweeney."

On January 15, 2019, Class Counsel received an email from Pamela Sweeney containing a putative written objection she was lodging in connection with the settlement of this matter. Subsequently, it was determined Ms. Sweeney was not on the list of persons sent notice of the settlement, and thus apparently was not a member of the class.

This was communicated to Ms. Sweeney, who subsequently executed the attached withdrawal of her objection, and sent it to Class Counsel for filing.[1]

                                                        Respectfully Submitted

                                                         *s/ Keith J. Keogh*
                                                         Keith J. Keogh
                                                         Michael S. Hilicki (*pro hac vice*)
                                                         Keogh Law, LTD.

---

[1] Although Ms. Sweeney is not a class member, Plaintiffs will respond to both her objection and all others, including those from non-class members, on February 19, 2019, which is the deadline set by the Court for the parties to respond to "any objections." [ECF No. 157, p.2, ¶3].

1

66544

2

55 W. Monroe St., Ste. 3390
Chicago, Illinois 60603
312.726.1092 (Main)
312.726.1093 (Fax)
Keith@KeoghLaw.com
MHilicki@KeoghLaw.com

Scott D. Owens, Esq.
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

Bret Leon Lusskin , Jr.
Bret Lusskin, P.A.
20803 Biscayne Blvd., Ste. 302
Aventura, FL 33180
954−454−5841
Fax: 954−454−5844
blusskin@lusskinlaw.com
CLASS COUNSEL

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that February 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing notice of filing is being served this same day by email on Ms. Sweeney at the email address that she used to correspond with Class Counsel, pam.sweeney1@gmail.com.

By: *s/ Keith J. Keogh*

3

66544

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHANE FLAUM, *et al.* | ) |
| Plaintiffs, | ) CASE NO. 0:16-cv-61198-CMA |
| v. | ) |
| DOCTOR'S ASSOCIATES, INC., n/k/a Doctor's Associates, LLC, doing business as SUBWAY, | ) |
| Defendant. | ) |

## WITHDRAWAL OF OBJECTION BY PAMELA SWEENEY

NOW COMES, objector PAMELA SWEENEY, who hereby files her Withdrawal of Objection to the settlement in this case.

I understand that I am not a class member and I never received a class notice relating to the settlement in this case. As such, I hereby WITHDRAW my objection in the above matter. I also stipulate I shall forgo any appeals or requests for any relief. No compensation or consideration was offered or shall be paid for withdrawal of my objection.

s/ Pamela Sweeney
PAMELA SWEENEY

66194