# Wanda Cochran
1385 Russell Drive
Streetsboro, Ohio  44241



Tel: 330-414-9322                                    Email: wandacochran7@gmail.com

January 28, 2019

Clerk, U.S. District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

Re:   Shane Flaum v. Doctor's Associates, Inc. n/k/a Doctor's Associates LLC
      Case No. 0:16-cv-61198-CMA
      Notice of Objection to Fee Motion

Dear Sir or Madam:

On the belief that I qualify as a class member in the above class action settlement, I submitted an online claim form (No. 60018735401) and filed an objection to class counsel's fee request. Based on class counsel's representation that I am not a class member, I hereby withdraw my objection without receiving any compensation.

Respectfully Submitted,

s/ Wanda J. Cochran
Wanda J. Cochran