UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHANE FLAUM, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOCTOR'S ASSOCIATES, INC., n/k/a )<br>Doctor's Associates, LLC, doing )<br>business as SUBWAY, )<br>)<br>Defendant. ) | CASE NO. 0:16-cv-61198-CMA |

### WITHDRAWAL OF OBJECTION BY KERRY ANN SWEENEY

NOW COMES, objector KERRY ANN SWEENEY, who hereby files her Withdrawal of Objection to the settlement in this case.

I understand that I am not a class member and I never received a class notice relating to the settlement in this case. As such, I hereby WITHDRAW my objection in the above matter. I also stipulate I shall forgo any appeals or requests for any relief. No compensation or consideration was offered or shall be paid for withdrawal of my objection.

s/ *Kerry Ann Sweeney*
KERRY ANN SWEENEY

66194