# Appendix 6

Claims Administrator at *Flaum v. Doctor's Associates, Inc.*
Claims Administrator
P.O. Box 404049,
Louisville, KY 40233-4049


Please find attached the printed .pdf version of my claim form. (As you can see, the computer generation of the form from your website leaves a lot to be desired.)

I am a member of the Settlement Class, and as such, I wish to state my OBJECTION to the Settlement as follows...

*If* the Defendant actually printed point-of-sale receipts for credit and debit card transactions that displayed the expiration date of the card number, and *if as a direct result of that action*, anybody became the victim of identity theft; *then* the victim(s) should be made whole in all respects.

With that being said, the rest of this suit and proposed settlement terms are repulsive! I most strenuously object to the fairness, reasonableness, and adequacy of the Settlement and the award of any attorneys' fees and expenses or Incentive Payments.

Except for any *actual victims* of identity theft, a Cease and Desist order should be sufficient to end this frivolous law suit. It is absurd that I or any other member of the Settlement Class could receive any monetary award for this alleged "crime." The Defendant should be ordered to stop printing expiration dates on receipts, if they haven't already done so. Give Mr. Flaum a coupon for a free sub, and give Mr. Alan a coupon for a free salad, and be done with it! It is absolutely appalling that the attorneys involved in this suit stand to receive over 10 MILLION dollars if this Settlement is approved! That's disgusting!

Stop this nonsense! Recompense the actual victims (if any) and let that be the end of it. There should be no payment of attorney's fees, no refund of administrative expenses, and no monetary "damages" awarded, other than actual damages suffered by actual victims of identity theft.

I understand my objection must be received by the Opt-Out and Objection Deadline (by January 22, 2019), and include:
   (a) The case name and number:
      **Flaum v. Doctor's Associates, Inc.; Case No. 0:16-cv-61198-CMA (S.D. Fl.).**
   (b) The name, address, and telephone number of the objecting Settlement Class Member and, if represented by counsel, of his or her counsel:
      **Joseph C. LeBourgeois V**
      **4604 31st Street Cir. E.**
      **Bradenton, FL 34203-3911**
      **(941) 744-5999**
      **(Not represented by counsel.)**

(c) A description of the specific basis for each objection raised:
   **The terms of this Settlement are unfair, <u>totally unreasonable</u>, and repulsive!**
(d) A statement of whether he or she intends to appear at the Final Approval Hearing, either with or without counsel:
   *I have no intention of appearing at the Final Approval Hearing at this time. (But if called as a juror, I would relish the opportunity to decide the terms under which any portion of this Settlement is to be paid or not paid.)*
(e) Any documentation in support of such objection:
   **None.**
(f) The date and location of the purchase for which the Settlement Class Member received a receipt with the card expiration date:
   *I don't have any receipts from 2016, and don't remember any specific dates that I might have received such a receipt.*

A copy of my Claim Form is attached. The instructions on the website say that objections can only be made by those members of the Settlement Class who file a Claim Form. The inclusion of my Claim Form should not be construed as my agreement with any of the terms or conditions of the Settlement. FAQ #16 on the website also states that this written objection must be mailed to the Court, but it does not provide the mailing address for the Court. I trust that between the Claims Administrator and attorneys below, my written objection will be entered into the record and will be given full consideration by the Court and/or the Jury.

Thank you sincerely,

*[signature]* 11/21/2018
Joseph C. LeBourgeois V

Cc: Keith J. Keogh & Michael S. Hilicki
Keogh Law, Ltd.
55 West Monroe St., Ste. 3390
Chicago, IL 60603

Peter Breslauer
Montgomery McCracken Walker & Rhoads LLP
123 South Broad Street
Philadelphia, PA 19109

*Flaum v. Doctor's Associates, Inc.*, Case No. 16-cv-61198-CMA
U.S.D.C. Southern District of Florida

Kurtzman Carson Consultants LLC ("KCC"), Settlement Administrator
PO Box [_____]
[_____]

Toll-Free Number: 1-866-726-1092
Website: www.DAI-FACTASettlement.com

JOSEPH LEBOURGEOIS V
4604 31ST STREET CIR E
BRADENTON, FL 34203

&lt;&lt;email_id&gt;&gt;
&lt;&lt;Name1&gt;&gt;
&lt;&lt;Name2&gt;&gt;
&lt;&lt;Address1&gt;&gt;
&lt;&lt;Address2&gt;&gt;
&lt;&lt;City&gt;&gt;&lt;&lt;State&gt;&gt;&lt;&lt;Zip&gt;&gt;

## CLAIM FORM

**TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE ALL OF THE INFORMATION BELOW AND YOU MUST SIGN THIS CLAIM FORM. IF THIS CLAIM FORM IS SUBMITTED ONLINE, YOU MUST SUBMIT AN ELECTRONIC SIGNATURE.** If mailed, mail this form to [INSERT ADMINISTRATOR PO BOX FOR SETTLEMENT]

**YOUR CLAIM FORM MUST BE SUBMITTED ELECTRONICALLY OR VIA TELEPHONE OR POSTMARKED ON OR BEFORE** [INSERT DATE - propose 60 days after Notice Deadline].

1. **CLAIMANT INFORMATION:**

   13723972501
   Claim Member Identification Number

   | FIRST NAME | MIDDLE NAME | JOSEPH LEBOURGEOIS V |
   |---|---|---|
   | | | LAST NAME |

   4604 31ST STREET CIR E
   ADDRESS 1

   ADDRESS 2

   BRADENTON                                FL        34203      -
   CITY                                     STATE     ZIP        (optional)

                                            joseph.c.lebourgeois@usps.gov
   TELEPHONE NUMBER (optional)              E-MAIL ADDRESS

2. **AFFIRMATION:**

By signing below, I attest that the information above is true and correct to the best of my knowledge and belief. This Claim Form may be researched and verified by the Claims Administrator.

Signature: *[signed]*
Name (please print): Joseph C. LeBourgeois V
Date: 11/21/18

### QUESTIONS?
VISIT www.DAI-FACTASettlement.com
OR CALL [INSERT ADMIN NUMBER] or Class Counsel at 866.726.1092.



Mr. Joseph Le Bourgeois
4604 31st Street Cir. E
Bradenton, FL 34203-3911

Keith J. Keogh & Michael S. Hilicki
Keogh Law, Ltd.
55 West Monroe St., Ste. 3390
Chicago, IL 60603

60603-5024440

