UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61198-CIV-ALTONAGA/O'Sullivan

**SHANE FLAUM**
and **JASON ALAN**,
on behalf of themselves and
others similarly situated,

      Plaintiffs,
v.

**DOCTOR'S ASSOCIATES, INC.**,

      Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court *sua sponte*. On March 11, 2019, the Court entered an Order [ECF No. 175], giving final approval of the Settlement Agreement (*see* App'x 1, Settlement Agreement and Release [ECF No. 172-1] (the "Settlement Agreement"). Being fully advised, it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Plaintiffs, Shane Flaum and Jason Alan, on behalf of themselves and others similarly situated. Plaintiffs shall take from Defendant, Doctor's Associates, Inc., the amount of $30,900,000.00 for the non-reversionary fund; $20,000 in statutory and incentive awards to Plaintiff, Shane Flaum; $10,000 in statutory and incentive awards to Plaintiff, Jason Alan; and $10,300,000 in attorney's fees and $30,837.80 in expenses, for which sums let execution issue.

**DONE AND ORDERED** in Miami, Florida, this 11th day of March, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record