UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61198-CIV-ALTONAGA/O'Sullivan

**SHANE FLAUM**
and **JASON ALAN**,
on behalf of themselves and
others similarly situated,

  Plaintiffs,

v.

**DOCTOR'S ASSOCIATES, INC.**,

  Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Motion to Clarify [ECF No. 177], filed March 14, 2019. The parties seek to clarify portions of the Final Approval Order [ECF No. 175] and Final Judgment [ECF No. 176].

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Joint Motion to Clarify **[ECF No. 177]** is **GRANTED** as follows:

1.  Paragraph 11.b of the Final Approval Order **[ECF No. 175]** is **AMENDED**, *nunc pro tunc* to March 11, 2019, to read as follows:

   "Defendant's Releasees" means Defendant, each of its franchisees (including without limitation all Subway franchisees); affiliates; parents; subsidiaries; predecessors; successors; co-venturers; divisions; joint venturers; joint ventures and assigns; as well as each of those entities' past and present owners; investors; directors; officers; employees; partners; managers; members; principals; agents; underwriters; insurers; co-insurers; re-insurers; indemnitors; shareholders; attorneys; accountants and auditors; banks and investment banks; consultants; vendors; contractors; licensors; franchisors; and assigns.

CASE NO. 16-61198-CIV-ALTONAGA/Seltzer

2. The second sentence of the second paragraph of the Final Judgment **[ECF No. 176]** is **AMENDED**, *nunc pro tunc* to March 12, 2019, to read as follows:

Plaintiffs shall take from Defendant, Doctor's Associates, Inc., the amount of $30,900,000.00 for the non-reversionary fund, for which amount let execution issue and from which the following amounts shall be paid: $20,000 in statutory and incentive awards to Plaintiff, Shane Flaum; $10,000 in statutory and incentive awards to Plaintiff, Jason Alan; and $10,300,000 in attorney's fees and $30,837.80 in expenses.

**DONE AND ORDERED** in Miami, Florida, this 15th day of March, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record